# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD LOCATION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant. | C.A. No. <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Rothschild Location Technologies, LLC ("Rothschild" or "Plaintiff") files this Complaint for patent infringement against American Honda Motor Co., Inc. ("American Honda" or "Defendant") alleging as follows:

## PARTIES

1. Plaintiff Rothschild is limited liability corporation organized under the state of Delaware having a principal place of business of 1108 Kane Concourse, Suite 310, Bay Harbor Islands, FL 33154.

2. On information and belief, Defendant American Honda is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 1919 Torrance Blvd., Torrance, CA 90501. On information and belief, American Honda may be served via its registered agent, C T Corporation System, 818 West 7th Street, 2nd Floor, Los Angeles, CA 90017.

## JURISDICTION AND VENUE

3.  This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.  Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this district, and has committed acts of patent infringement in this district.

5.  The Court has personal jurisdiction over American Honda, as has availed itself, under the Delaware Long Arm Statute, of the rights and benefits of this District by conducting business in this jurisdiction, including by promoting products for sale via the internet, which are accessible to and accessed by residents of this District.

## U.S. PATENT NO. 7,917,285

6.  Plaintiff is the owner by assignment of United States Patent No. 7,917,285 (the "'285 Patent") entitled "Device, system and method for remotely entering, storing and sharing addresses for a positional information device." The '285 Patent issued on April 28, 2006. A true and correct copy of the '285 Patent is attached as Exhibit A.

7.  Mr. Leigh M. Rothschild is listed as the inventor on the '285 Patent.

8.  On information and belief, to the extent any marking was required by 35 U.S.C. § 287, predecessors in interest to the '285 Patent complied with such requirements.

## COUNT I
## (INFRINGEMENT OF U.S. PATENT NO. 7,917,285)

9.  American Honda has, pursuant to 35 U.S.C. § 271, infringed and continues to infringe, the '285 Patent in the State of Delaware, in this judicial district, and/or elsewhere in the United States by, among other things, making, using, selling, offering to sell, and/or importing,

2

without license, systems for remotely entering and sharing location information, including at least American Honda's HondaLink and AcuraLink.

10.  American Honda's HondaLink and AcuraLink fall within the scope of at least claim 1 of the '285 Patent, as evidenced by American Honda's product descriptions. For example, both American Honda's HondaLink and AcuraLink provide a system for remotely entering location information into a positional information device. *See* https://hondalink.honda.com; *see also* owners.acura.com/acuralink/faqs. The HondaLink and AcuraLink servers are configured to receive a request of at least one location, determine the address of the at least one location and transmit the determined address to the positional information device, and transmit the one address to the first positional devices. For example, the HondaLink and AcuraLink both allow users to "search for destinations from a point of interest . . . then send the information to your vehicle's navigation system." *Id.*

11.  As a result of American Honda's infringement of the '285 Patent, Plaintiff has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless American Honda's infringing activities are enjoined by this Court.

12.  Unless a permanent injunction is issued enjoining American Honda and its agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf from infringing the '285 Patent, Plaintiff will be irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1.  A judgment in favor of Plaintiff that American Honda has infringed the '285 Patent;

2. A permanent injunction enjoining American Honda and its officers, directors, agents servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement of the '285 Patent, or such other equitable relief the Court determines is warranted;

3. A judgment and order requiring American Honda pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '285 Patent as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement;

4. Any and all other relief, at law or equity, to which Plaintiff may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

October 28, 2014

OF COUNSEL:

Neal G. Massand
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900
nmassand@nilawfirm.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Rothschild Location Technologies, LLC*